FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

APR 29 2009
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:09 CV 00313 SWW/JTR

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Donnie Jay Qualls
ADC # _____
Address: 365 South Palm Little Rock AR 72205

Name of plaintiff: _____
ADC # _____
Address: _____

Name of plaintiff: _____
ADC # _____
Address: _____

This case assigned to District Judge Wright
and to Magistrate Judge Ray

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Jodi Ahrens
Position: Registerd Nurse
Place of employment: Ozark Counseling Service
Address: P.O. box 1776 Mountain Home AR 72653

Name of defendant: Dr Linda Parker
Position: Section Chief Psychiatrist
Place of employment: Arkansas State Hospital

Address: 305 South palm

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

- ☐ official capacity only
- ☒ personal capacity only
- ☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ☒   No ___

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☒ Parties to the previous lawsuit:

Plaintiffs: Donnie Jay Qualls

Defendants: State of Arkansas   Dr Linda   RN Jodi Ahrens

☒ Court (if federal court, name the district; if state court, name the county):

Arkansas Western District Court

Western District Federal Court @ Fort Smith

- ☐ Docket Number: Unknown
- ☐ Name of judge to whom case was assigned: Marcheski
- ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) Appealed
- ☐ Approximate date of filing lawsuit: March 2008
- ☐ Approximate date of disposition: Feb 09

IV. Place of present confinement: Arkansas State Hospital

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

\_\_\_\_\_ in jail and still awaiting trial on pending criminal charges

\_\_\_\_\_ serving a sentence as a result of a judgment of conviction

\_\_\_\_\_ ~~in jail~~ for other reasons (e.g., alleged probation violation, etc.)
explain: Acquited for Fraudulent Charges

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

   A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

   Yes _X_ No ___

   B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

   Yes _X_ No ___

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

A Deputy prosecutor conspired with a nurse to write a fictional Report. Jodi Ahrens DID so. Dr Parker used this Report And Stated under oath this SAME fiction Knowingly.

I threatened legal action in a Email to these parties And the Deputy prosecutor charged me with terroristic threatening the State police when they werent even mentioned in this email

VIII.  Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

People freed A Sum of money Awarded And the Law Changed

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 24 day of April, 2009.

Signature(s) of plaintiff(s)

Revised 05/02/05